------------------------------------X
RAMON DE ANTONIO SMART

        Plaintiff

-against-                                        NOTICE OF MOTION

THE CITY OF NEW YORK, et al.,                    08 Cv. 02203(HB)

        Defendant.
------------------------------------X

    **PLEASE TAKE NOTICE** that upon the anexed affirmation of RAMON DE ANTONIO SMART, affirmed on July 12, 2008, and upon the exibit attached thereto, and the pleadings herein, plaintiff will move this Court, before the Honorable Judge Harold Baer, Jr., United States District Judge for an order pursuant to Rule 15 of the Federal Rules of Civil Procedure granting plaintiff Ramon De Antonio Smart permission to file an "AMENDED COMPLAINT" in the above captioned action, since defendants have already answered plaintiff's original pleading.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
      July 12, 2008.

                                              Ramon De Antonio Smart
                                              Register No. 59238-054
                                              M.D.C. Brooklyn
                                              P.O. Box 329002
                                              Brooklyn, NY 11232

*Handwritten annotations by Judge:* "I understand this motion primarily as to amend in order to add + it to the extent it is attached it — is granted. Parties are "new" caveat — amended answers shall be served in 10 days from date it is unopposed."

*Signed:* Harold M. Baer, Jr., U.S.D.J.   8/19/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

Endorsement:

    If I understand this motion it is to amend in order to primarily add parties and a copy is attached is granted and will be served within 10 days. If that's correct any "new" or amended answer shall be served in 10 days from date and is unopposed.